HAMMETT & KATTER, Respondents, v. WABASH
RAILROAD COMPANY, Appellant.

Kansas City Court or Appeals, January 6, 1908.

CARRIERS: Non-Delivery: Burden.   Affirmed on the authority of
the same plaintiff against the same defendant, ante. p. 1.

Appeal from Adair Circuit Court.—*Hon. Nat. M.
Shelton,* Judge.

AFFIRMED.

BROADDUS, P. J.—The law governing this case
is determined in case of the same title, ante, p. 1. For the
reasons therein given the cause is affirmed.    All con-
cur.